JOHN FASINO AND CHERYL FASINO, TR/A SEVEN ELEVEN STORE NO. 11461, PLAINTIFFS-RESPONDENTS, v. MAYOR AND MEMBERS OF THE BOROUGH COUNCIL OF THE BOROUGH OF MONTVALE, A MUNICIPAL BODY CORPORATE OF THE STATE OF NEW JERSEY, DEFENDANT-APPELLANT.

Superior Court of New Jersey
Appellate Division

Submitted November 7, 1973—Decided November 19, 1973.

Before Judges HALPERN, MATTHEWS and BISCHOFF.

*Messrs. Randall, Randall & McGuire,* attorneys for appellant.

*Mr. William Sellinger,* attorney for respondents.

PER CURIAM. The judgment is affirmed for the reasons expressed in the opinion of Judge (now Justice) Pashman in the Law Division. 122 *N. J. Super.* 304.
Affirmed.